Harry W. Nichols, trading as Nichols Investigating Agency, appellee, v. John J. Garrity, appellant. Gen. No. 27,422.

Action for services rendered in investigating the disposal by bill posters of orders for theatre tickets intended to be given for ad-

vertising. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed January 10, 1923.

Julian C. Ryer, for appellant. Sims, Welch, Godman & DeYoung, for appellee; Milton A. Brown and Frank Niedner, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.